RECEIVED
OCT - 9 2018
U.S. District Court
Eastern District of MO

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF MISSOURI _____ DIVISION |
|---|---|
| Name (under which you were convicted):  KKG a Minor | Docket or Case No.: |
| Place of Confinement: Piney Ridge Treatment Facility | Prisoner No.: N/A |
| Petitioner: (include the name under which you were convicted): KKG but no conviction | Respondent: (authorized person having custody of petitioner): CD St. Louis County |

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   St. Louis County Family Court Division 62 and 20

   (b) Criminal docket or case number (if you know):  15SL-JU00061

2. (a) Date of the judgment of conviction (if you know):  February 23, 2015

   (b) Date of sentencing:  February 23, 2015

3. Length of sentence:  None Stated as no charges against the minor

4. In this case, were you convicted of more than one count or of more than one crime?  ☐ Yes  ☒ No

5. Identify all crimes which you were convicted and sentenced in this case:

   None, Child was not convicted of any crime. All charges against the parents were struck from the record or dismissed.

6. (a) What was your plea? (Check one)

   ☐ (1) Not guilty     ☐ (3) Nolo contendere (no contest)

   ☐ (2) Guilty         ☐ (4) Insanity plea

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge,

   what did you plead guilty to and what did you plead not guilty to?

   No Plea was entered requested a trial and it never happened.

   (c) If you went to trial, what kind of trial did you have? (Check one)

   ☐ Jury     ☒ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing? ☐ Yes     ☒ No

8. Did you appeal from the judgment of conviction?   ☐ Yes   ☒ No

9. If you did appeal, answer the following:

   (a) Name of court: _____

   (b) Docket or case number (if you know): _____

   (c) Result: _____

   (d) Date of result (if you know): _____

   (e) Citation to the case (if you know): _____

   (f) Grounds raised:


   (g) Did you seek further review by a higher state court? ☐ Yes ☒ No

      If yes, answer the following:

      (1) Name of court: _____

      (2) Docket or case number (if you know): _____

      (3) Result: _____

      (4) Date of result (if you know): _____

      (5) Citation to the case (if you know): _____

      (6) Grounds raised:


   (h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes   ☒ No

      If yes, answer the following:

      (1) Docket or case number (if you know): _____

      (2) Result: _____

      (3) Date of result (if you know): _____

      (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning the judgment of conviction in any state court?   ☒ Yes   ☐ No

11. If you answer to Question was "Yes," give the following information:

    (a)   (1) Name of court: _____St. Louis County Family Court_____

  (2) Docket or case number (if you know): _____15SL-JU00061_____

  (3) Date of filing (if you know): _____

  (4) Nature of the proceeding: _____Motion to Dismiss_____

  (5) Grounds raised:

  Lack of jurisdiction. Court dismissed and struck all charges from the record on 2/23/2015.

  (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

  ☒ Yes    ☐ No

  (7) Result: _____Court Claimed to have jurisdiction_____

  (8) Date of result (if you know): _____7/2018_____

(b)   If you filed any second petition, application, or motion, give the same information:

  (1) Name of court: _____Appeal_____

  (2) Docket or case number (if you know): _____none issued_____

  (3) Date of filing (if you know): _____

  (4) Nature of the proceeding: _____Appeal_____

  (5) Grounds raised:

  Court Never signed the appeal to go forward.

  (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

  ☐ Yes    ☒ No

  (7) Result: _Judge Refused to Sign the Appeal_

  (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

  (1) Name of court: _____

  (2) Docket or case number (if you know): _____

  (3) Date of filing (if you know): _____

  (4) Nature of the proceeding: _____

  (5) Grounds raised:

  (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action on your petition, application, or motion?

    (1) First petition:   ☒ Yes   ☐ No

    (2) Second petition:   ☐ Yes   ☐ No

    (3) Third petition:   ☐ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

    St. Louis County Family Court did not sign the appeal

12.  For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**   None the court lacks the jurisdiction to keep minor

(a) Supporting facts. Do not argue or cite law. Just state the specific facts that support your claim:

All charges against the parents were dismissed or struck from the record. Thus, the court lacks any jurisdiction to continue as it has over the last three years.

(b) If you did not exhaust your state remedies on Ground One, explain why:

Court would not allow the appeal to move forward. It was filed the same day as the hearing and not approved by the ruling judge.

(c) **Direct Appeal of Ground One:**

    (1) If you appealed from the judgment of conviction, did you raise the issue? ☐ Yes   ☐ No

    (2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?   ☐ Yes   ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____

Date of court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):
Certified copy attached

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:
none

**GROUND TWO:** _____

    (a) Supporting facts. Do not argue or cite law. Just state the specific facts that support your claim:

    (b) If you did not exhaust your state remedies on Ground Two, explain why:

    (c) **Direct Appeal of Ground Two:**

        (1) If you appealed from the judgment of conviction, did you raise the issue? ☐ Yes    ☐ No

        (2) If you did not raise this issue in your direct appeal, explain why:

    (d) **Post-Conviction Proceedings:**

        (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? ☐ Yes    ☐ No

        (2) If your answer to Question (d)(1) is "Yes," state:

        Type of motion or petition: _____

        Name and location of the court where the motion or petition was filed:

        Docket or case number (if you know): _____

        Date of court's decision: _____

        Result (attach a copy of the court's opinion or order, if available):

        (3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

        (4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

**(e) Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two:

**GROUND THREE:** _____

(a) Supporting facts. Do not argue or cite law. Just state the specific facts that support your claim:

(b) If you did not exhaust your state remedies on Ground Three, explain why:

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise the issue? ☐ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?  ☐ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:


Docket or case number (if you know): _____

Date of court's decision: _____

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion or petition?                ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?           ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:



(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:** _____

    (a) Supporting facts. Do not argue or cite law. Just state the specific facts that support your claim:

    (b) If you did not exhaust your state remedies on Ground Four, explain why:

    (c) **Direct Appeal of Ground Four:**

        (1) If you appealed from the judgment of conviction, did you raise the issue? ☐ Yes    ☐ No

        (2) If you did not raise this issue in your direct appeal, explain why:

    (d) **Post-Conviction Proceedings:**

        (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? ☐ Yes    ☐ No

        (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed:

    Docket or case number (if you know): _____

    Date of court's decision: _____

    Result (attach a copy of the court's opinion or order, if available):

        (3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

**(e) Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?  ☐ Yes  ☒ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

   ```
   Ruling court would not sign the appeal from her
   ruling.
   ```

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  ☐ Yes  ☒ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and

the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☐ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing

    (b) At arraignment and plea:

    (c) At trial:

    (d) At sentencing:

    (e) On appeal:

    (f) In any post-conviction proceeding:

    (g) On appeal from any ruling against you in a post-conviction proceeding:

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☒ No

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ☐ No

18.  TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C § 2244(d) does not bar your petition.*

```
The court proceedings are still on going and just realized
that the court has no jurisdiction.
```

*The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

   (1)   A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of-

      (A)   the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

      (B)   the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

      (C)   the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

      (D)   the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence

   (2)   The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the court grant the following relief or any other relief to which petitioner may be entitled:

```
Release of said minor to the parents custody. As the state court
has not jurisdiction as of 2/23/2015
```

_____ Pro Se

Signature of Attorney (if any)

I declare (or certify, verify, or state) under the penalty of perjury that the foregoing is true and correct and that this petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, and year).

_____
Signature of Petitioner

Executed (signed) on: __10/08/2018__ (date)

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition:

Petitioner is a minor and I am the parent of the petitioner.